UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 18, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

ARSEN MUHTAROV,

　　　　Defendant.

Case No. 2:14-CR-00044-MCE-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release __ARSEN MUHTAROV__,

Case No. _2:14-CR-00044-MCE-3_ Charge _18 USC § 286_ , from custody for the following reasons:

　　　____　Release on Personal Recognizance

　　　_X_　Bail Posted in the Sum of $ _50,000 co-signed_

　　　　　_X_　Unsecured Appearance Bond $ _____

　　　　　____　Appearance Bond with 10% Deposit

　　　　　____　Appearance Bond with Surety

　　　　　____　Corporate Surety Bail Bond

　　　　　_X_　(Other): _With Pretrial supervision and conditions of release as stated on the record in open court_

Issued at Sacramento, California on March 18, 2014 at __9:55__ am.

By: _Dale A. Drozd_

Magistrate Judge Dale A. Drozd