PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARSEN MUHTAROV,<br><br>Defendant. | CASE NO. 2:14-CR-00044 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 19, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on June 17, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 19, 2016, and to exclude time between June 17, 2016, and August 19, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena. The government estimates that this discovery consists of more than 15,000 pages of documents. All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

   b) In addition to the foregoing, the government is in the process of obtaining

1  additional discovery relative to this defendant.  Defense counsel needs additional time to review
2  all of the discovery in this case and to continue the defense investigation.
3        c)      Counsel for defendant believes that failure to grant the above-requested
4  continuance would deny counsel the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence.
6        d)      The government does not object to the continuance.
7        e)      Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of June 17, 2016 to August 19, 2016,
12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13  because it results from a continuance granted by the Court at defendant's request on the basis of
14  the Court's finding that the ends of justice served by taking such action outweigh the best interest
15  of the public and the defendant in a speedy trial.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 14, 2016                                              PHILLIP A. TALBERT
                                                                                    Acting United States Attorney


                                                                                    /s/ MICHELE BECKWITH
                                                                                    MICHELE BECKWITH
                                                                                    Assistant United States Attorney


Dated:  June 14, 2016                                              /s/ STEVEN PLESSER
                                                                                    STEVEN PLESSER
                                                                                    Counsel for Defendant
                                                                                    Arsen Muhtarov


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 14, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

3