PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-044 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | DATE: March 3, 2017 |
| ARSEN MUHTAROV, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 3, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until April 7, 2017, and to exclude time between March 3, 2017, and April 7, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form totaling approximately 15,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review discovery, consult with

his client, conduct investigation and research related to the trial, and to otherwise prepare for trial, if necessary.  Additionally, defense counsel would like to time to review with his client additional information that the government provided to the defense in a recent meeting.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 3, 2017 to April 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  February 28, 2017                PHILLIP A. TALBERT
                                             United States Attorney

7

8                                            /s/ MICHELE BECKWITH
                                             MICHELE BECKWITH
9                                            Assistant United States Attorney

10

11  Dated:  February 28, 2017                /s/ STEVEN PLESSER
                                             STEVEN PLESSER
12                                           Counsel for Defendant
                                             ARSEN MUHTAROV

13

14

15

16                           **FINDINGS AND ORDER**

17       IT IS SO FOUND AND ORDERED.

18       Dated:  February 28, 2017

19

20       _____

21       GARLAND E. BURRELL, JR.
         Senior United States District Judge

22

23

24

25

26

27

28