1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO. 2:14-CR-044 GEB

12                       Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                                  [PROPOSED] FINDINGS AND ORDER

14 ARSEN MUHTAROV,                              DATE: September 22, 2017
                                                TIME: 9:00 a.m.
15                       Defendant.             COURT: Hon. Garland E. Burrell, Jr.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.       By previous order, this matter was set for status on September 22, 2017.

21        2.       By this stipulation, defendant now moves to continue the status conference until

22 November 3, 2017, and to exclude time between September 22, 2017, and November 3, 2017, under

23 Local Code T4.

24        3.       The parties agree and stipulate, and request that the Court find the following:

25               a)       The government has represented that the discovery associated with this case

26 includes investigative reports and related documents in electronic form totaling approximately

27 15,000 pages. All of this discovery has been either produced directly to counsel and/or made

28 available for inspection and copying.

1          b)      Counsel for defendant desires additional time to review discovery, consult with

2    his client, conduct investigation and research related to the trial, and to otherwise prepare for

3    trial, if necessary.  Counsel's ability to schedule meetings with his client is impacted by

4    defendant's work schedule as a long-haul truck driver, as well as defense counsel's work and

5    personal schedule.

6          c)      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9          d)      The government does not object to the continuance.

10         e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of September 22, 2017 to November

15   3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16   Code T4] because it results from a continuance granted by the Court at defendant's request on

17   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2017                            PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ MICHELE BECKWITH
                                                     MICHELE BECKWITH
                                                     Assistant United States Attorney


Dated:  September 18, 2017                            /s/ STEVEN PLESSER
                                                     STEVEN PLESSER
                                                     Counsel for Defendant
                                                     ARSEN MUHTAROV




                              **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  September 19, 2017



                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge