REICHEL & PLESSER LLP
Steven Plesser, Bar #161615
 455 Capitol Mall, Ste. 802
Sacramento, CA 95814

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>ARSEN MUHTAROV,<br><br>                  Defendant. | CASE NO. 2:14-CR-044 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 3, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 3, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until December 8, 2017, and to exclude time between November 3, 2017, and December 8, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form totaling approximately 15,000 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the trial, and to otherwise prepare for

1

\

trial, if necessary.  Counsel's ability to schedule meetings with his client is impacted by defendant's work schedule as a long-haul truck driver, as well as defense counsel's work schedule.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2017 to December 8, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  October 30, 2017                              /s/ STEVEN PLESSER
                                                       STEVEN PLESSER
                                                       Counsel for Defendant
                                                       ARSEN MUHTAROV


Dated:  October 30, 2017                              PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ MICHELE BECKWITH
                                                       MICHELE BECKWITH
                                                       Assistant United States Attorney




**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 31, 2017



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge