REICHEL & PLESSER LLP
Steven Plesser, Bar #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ARSEN MUHTAROV,<br><br>              Defendant. | CASE NO. 2:14-CR-044 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 8, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 8, 2017.

2. By this stipulation, defendant now moves to continue the status conference until January 5, 2018, and to exclude time between December 8, 2017, and January 5, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form totaling approximately 15,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the trial, and to obtain a legal consultation from a qualified immigration attorney about possible defenses to deportation given

\\

the uncertainty of Defendant's immigration status, and to otherwise prepare for trial, if necessary.

        c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2017 to January 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

\

IT IS SO STIPULATED.

Dated: December 4, 2017                    /s/ STEVEN PLESSER
STEVEN PLESSER
Counsel for Defendant
ARSEN MUHTAROV

Dated: December 4, 2017                    PHILLIP A. TALBERT
United States Attorney

                                                 /s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

\

3