REICHEL & PLESSER LLP
Steven Plesser, Bar #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>ARSEN MUHTAROV,<br><br>                 Defendant. | CASE NO. 2:14-CR-044 GEB<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT<br><br>DATE: July 20, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**AMENDED STIPULATION**

    Defendant, by and through his counsel of record, hereby requests a continuance of his Judgment and Sentencing hearing, currently set for July 20, 2018, to November 2, 2018. The United States and the Probation Office have no objection to the requested continuance.

    The parties hereby stipulate and request the Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence report be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 11/02/2018 |
| Reply or statement of non-opposition: | 10/26/2018 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 10/19/2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 10/12/2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/05/2018 |

\

1

| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 09/21/2018 |

IT IS SO STIPULATED.

Dated: June 28, 2018

/s/ STEVEN PLESSER
STEVEN PLESSER
Counsel for Defendant
ARSEN MUHTAROV

Dated: June 28, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 28, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

\

2