Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:14-CR-044 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT |
| vs. | |
| ARSEN MUHTAROV, | |
| Defendant. | Date: January 25, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the Judgment and Sentencing hearing set for January 25, 2019 should be continued until February 22, 2019. The Parties hereby stipulate and request the Schedule for Disclosure of the Pre-Sentence Report and for filing of Objections to the Pre-Sentence report (already disclosed) be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 02/22/2019 |
| Reply or statement of non-opposition: | 02/15/2019 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 02/08/2019 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 02/01/2019 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01/25/2019 |

IT IS SO STIPULATED.

Dated: December 19, 2019         Respectfully submitted,

                                 STEVEN B. PLESSER

                                 /s/ Steven B. Plesser
                                 STEVEN B. PLESSER
                                 Attorney for Defendant, Arsen Muhtarov

Dated: December 19, 2019         McGREGOR W. SCOTT

                                 /s/ Steven B. Plesser for:
                                 MICHELLE BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED.
Dated: January 2, 2019

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge