Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:14-CR-044 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| ARSEN MUHTAROV, | Date: February 22, 2019<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the Judgment and Sentencing hearing set for February 22, 2019 should be continued until April 5, 2019. (Probation has already disclosed a final presentence report, thus modification of the briefing schedule is not requested).

1

Muhtarov, Arsent /Stipulation Regarding Cont'd. J&S

IT IS SO STIPULATED.

Dated: February 11, 2019          Respectfully submitted,

                                            STEVEN B. PLESSER

                                            /s/ Steven B. Plesser
                                            STEVEN B. PLESSER
                                            Attorney for Defendant, Arsen Muhtarov

Dated: February 11, 2019          McGREGOR W. SCOTT

                                            /s/ Steven B. Plesser for:
                                            MICHELLE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 11, 2019

                                      GARLAND E. BURRELL, JR.
                                        Senior United States District Judge