Steven Plesser, State Bar No. 161615
ROTHSCHILD, WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027
Email: splesser@rwslaw.com

Attorneys for Defendant
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARSEN MUHTAROV,<br><br>Defendant. | Case No.: 2:14-CR-044 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date: April 5, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for Defendant, that the Judgment and Sentencing hearing set for April 5, 2019 should be continued until May 10, 2019. (Probation has already disclosed a final presentence report, thus modification of the briefing schedule is not requested).

IT IS SO STIPULATED.

Dated: March 26, 2019                    Respectfully submitted,

                                         STEVEN B. PLESSER

                                         /s/ Steven B. Plesser
                                         STEVEN B. PLESSER
                                         Attorney for Defendant, Arsen Muhtarov


Dated: March 26, 2019                    McGREGOR W. SCOTT

                                         /s/ Steven B. Plesser for:
                                         MICHELLE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## FINDINGS and ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 28, 2019

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge